560

959 A.2d 297

Nakia W. GARRUS, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Jeffrey Beard, Records Department at SCI–Graterford, Appellees.

Supreme Court of Pennsylvania.

Nov. 19, 2008.

## ORDER

PER CURIAM.

AND NOW, this 19th day of November, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**

959 A.2d 298

Christobal RUIZ, Appellant

v.

COMMONWEALTH of Pennsylvania, Jeffrey A. Beard, Secretary, Department of Corrections, Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 2008.

## ORDER

PER CURIAM.

AND NOW, this 19th day of November, 2008, the Order of the Commonwealth Court is **AFFIRMED.**